IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEVELAND EVANS, P69432, ) | |
| )  Plaintiff(s), ) | No. C 15-2519 CRB (PR) |
| ) | |
| v. ) | ORDER |
| ) | |
| W. MUNIZ, Warden, et al., ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

On October 28, 2015, defendants filed a motion for summary judgment for failure to exhaust available administrative remedies and served plaintiff at his address of record, Salinas Valley State Prison (SVSP). But plaintiff recently filed a letter informing the court that on October 22, 2015, he was transferred to California State Prison, Corcoran, A03#248, P.O. 3461, Corcoran, CA 93212.

Good cause appearing therefor, defendants shall serve a copy of the motion for summary judgment on plaintiff at his new address within seven (7) days of this order. Plaintiff shall file an opposition, or notice of non-opposition, to the motion by no later than January 8, 2016 and defendants shall file a reply to any opposition within twenty-eight (28) days of plaintiff's filing the opposition.

SO ORDERED.

DATED: Nov. 13, 2015

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.15\Evans,C.15-2519.or1.wpd