# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEVELAND EVANS, P69432,  Plaintiff(s), v. W. MUNIZ, Warden, et al.,  Defendant(s). | No. C 15-2519 CRB (PR)  ORDER OF DISMISSAL |

Pursuant to the parties' recently-filed stipulation for voluntary dismissal with prejudice (ECF No. 33), the instant case is DISMISSED with prejudice. See Fed. R. Civ. P. 41(a)(1)(A)(ii).

Each party shall bear its own litigation costs and fees.

The clerk shall enter judgment in accordance with this order, terminate all pending deadlines and close the file.

SO ORDERED.

DATED: May 18, 2016

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.15\Evans,C.15-2519.dismissal.wpd